UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 08-917 (SRC) |
| SHAWN GRIGGS, a/k/a "Shug" | | |
| DESMOND SPEIGHT, a/k/a "Foo" | : | **ORDER GRANTING SUBSTITUTION OF ATTORNEYS AND SETTING MOTION AND TRIAL DATES** |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing) and defendant **SHAWN GRIGGS, a/k/a "Shug,"** (John Azzarello, Esq., appearing) and **DESMOND SPEIGHT, a/k/a "Foo"** (Thomas Ashley, Esq., appearing), the defendants having been arraigned on February 24, 2009 upon the Superseding Indictment filed in this case, Thomas Ashley, Esq. having filed a motion to withdraw as attorney for defendant Desmond Speight, the defendant consenting to such motion and the Government having no opposition thereto,

WHEREFORE, IT IS on this 27 day of March, 2009,

ORDERED that Thomas Ashley, Esq. is relieved from his representation of defendant Desmond Speight; and it is further

ORDERED that Michael Pedicini, Esq., is hereby appointed CJA attorney to represent defendant Desmond Speight, who has shown through a sworn filed affidavit that he is eligible for CJA representation, and it is further

ORDERED that at request of respective counsel for the defendants and the Government, defendants' motions are due April 27, 2009, the Government's reply is due May 11, 2009, a hearing on the motions is set for May 18, 2009 and trial will commence June 23, 2009 at 10:00 a.m.

_____
HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE