UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 08-917(SRC) |
| | : | |
| v. | : | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
| | : | |
| DESMOND SPEIGHT, a/k/a "Foo" | : | |

**THIS MATTER** having been opened to the Court by defendant, Desmond Speight, through his attorney Michael N. Pedicini, Esq., in the presence of and with the consent of the United States of America, (Robert L. Frazer, Esq., Assistant United States Attorney appearing) and without the objection of Pre-Trial Services for an Order modifying the defendant's conditions of release so as to permit him to attend the funeral of his aunt, Angie Austin, on Monday, October 26, 2009 from 9:00 AM to 4:00 PM and the Court having considered the matter and for good and sufficient cause shown;

**IT IS on this** 22nd **day of** Oct , 2009;

**ORDERED** that the defendant shall be permitted to attend the funeral of his aunt, Angie Austin, on Monday, October 26, 2009 from 9 AM to 4:00 PM; and it is further

**ORDERED** that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

                                                                                  _____
                                                                                  HONORABLE STANLEY R. CHESLER
                                                                                  UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the within Order.

_____
ROBERT L. FRAZER, ESQ.
Assistant U.S. Attorney


_____
MICHAEL N. PEDICINI, ESQ.
Attorney for Defendant,
Desmond Speight