UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Indictment. No. 08-917 (SRC)(2) |
| DESMOND SPEIGHT | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to the Government's on the record request at sentencing of this matter and by leave of the Court, and the Defendant consenting to entry of this Order, and the defendant having been sentenced pursuant to his guilty plea on an Information which replaced the Superseding Indictment in this case, it is hereby

ORDERED, that the superseding Indictment previously filed in this matter under Criminal No. 08-917 (SRC) is dismissed.

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE